# In the United States Court of Appeals
## for the Eleventh Circuit

UNITED STATES OF AMERICA,
  *Plaintiff-Appellee*,

v.                                        No. 25-10703-AA

DEEPAK DESHPANDE,
  *Defendant-Appellant*

## United States' Certificate of Interested Persons and Corporate Disclosure Statement

In addition to the persons identified in the initial certificate of interested persons and corporate disclosure statement filed by Deepak Deshpande, the following persons have an interest in the outcome of this case:

1.    Kehoe, Gregory W., United States Attorney; and

2.    Wagner, Sean M., Esq.

*United States v. Deepak Deshpande*
No. 25-10703-AA

No publicly traded company or corporation has an interest in the outcome of this appeal.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:    s/ *Emily C. L. Chang*
EMILY C. L. CHANG
Assistant United States Attorney
Appellate Division
USA No. 166
400 W. Washington St., Ste. 3100
Orlando, FL 32801
(407) 648-7500
emily.chang@usdoj.gov

2

# Certificate of Service

I certify that a copy of this certificate of interested persons and corporate

disclosure statement as well as the notice of electronic filing was sent by

United States mail on April 1, 2025, to:

> DEEPAK DESHPANDE
> Reg. No. 70487-018
> USP Tucson – Inmate Legal Mail
> P.O. Box 24550
> Tucson, AZ 85734
>
> *Defendant-Appellant, pro se*

*s/ Emily C. L. Chang*
EMILY C. L. CHANG
Assistant United States Attorney

*p_Deshpande, Deepak_US CIP eclc.docx*